| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal"* <br> *on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 Civ. 9548 (RMB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| All R/T/I at 11 North Avenue East et al... | POST & WALK |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Melissa Long, Owner

▶ ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 78 Takolusa Drive, Holmdel, New Jersey 07733

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server)*:

Please Post a Copy of the filed Verified Complaint and the Notice of Complaint Against Real Property, on the Real Property listed above.

CATS # 05-DEA         Please return to Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA CHRISTINA BISCHOFF | | 212-637-1204 | 11/14/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] Wesley | 11/17/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 11/17/05   Time: 1:15 pm |
| | Signature of U.S. Marshal or Deputy [signature] |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: SDS Wesley + Stratton posted notice of Complaint on the door of 78 Takolusa Drive, Holmdel, NJ 07733, on November 17, 2005, at 1:15 p.m.

| PRIOR EDITIONS MAY BE USED | FORM USM-285 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

======================================================================

UNITED STATES OF AMERICA,

     Plaintiff,

      - v -

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
11 NORTH AVENUE EAST, CRANFORD,
NEW JERSEY, et al.

        Defendants-in-rem.

======================================================================

## NOTICE OF COMPLAINT AGAINST
## REAL PROPERTY
## POST & WALK
## 05 Civ. 9548 (RMB)

======================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1204

                CHRISTINA BISCHOFF
                **Assistant United States Attorney**
                 -Of Counsel-