UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :

        -v-                                      :        **APPEARANCE**

                                                 :
ALL RIGHT, TITLE AND INTEREST                         Case  No. 05 Civ. 9548
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT                         :
11 NORTH AVENUE EAST, CRANFORD,                  :
NEW JERSEY,
                                                 :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                             :
APPURTENANCES LOCATED AT
63 SOUTH RIDGEDALE AVENUE                        :
EAST HANOVER, NEW JERSEY,
                                                 :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                             :
APPURTENANCES LOCATED AT
78 TAKOLUSA DRIVE, HOLMDEL,                      :
NEW JERSEY
                                                 :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                             :
APPURTENANCES LOCATED AT
409 BAY AVENUE, HIGHLANDS,                       :
NEW JERSEY,
                                                 :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                             :
APPURTENANCES LOCATED AT
64 MONMOUTH STREET, RED BANK,                    :
NEW JERSEY
                                                 :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                             :
APPURTENANCES LOCATED AT
5245, 5255, 5265, 5275 AND 5285                  :
NORTH MELPOMNE WAY,
TUCSON, ARIZONA,                                 :

        Defendants-in-rem.      :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
11 NORTH AVENUE EAST, CRANFORD,
NEW JERSEY,

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
63 SOUTH RIDGEDALE AVENUE
EAST HANOVER, NEW JERSEY,

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
78 TAKOLUSA DRIVE, HOLMDEL,
NEW JERSEY

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
409 BAY AVENUE, HIGHLANDS,
NEW JERSEY,

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
64 MONMOUTH STREET, RED BANK,
NEW JERSEY

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
5245, 5255, 5265, 5275 AND 5285
NORTH MELPOMNE WAY,
TUCSON, ARIZONA,

        Defendants-in-rem.

I certify that I am admitted to practice in this court.

December 5, 2005

                                                                                                _____
                                                                                                   JESS M. BERKOWITZ     Bar Code 3316
                                                                                                   401 Broadway, Suite 1510
                                                                                                  New York, New York 10013
                                                                                                   Telephone No.: (212) 431-4473

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

        -v-                                  :     **APPEARANCE**

ALL RIGHT, TITLE AND INTEREST                      Case No. 05 Civ. 9548
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
11 NORTH AVENUE EAST, CRANFORD,              :
NEW JERSEY,
                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
63 SOUTH RIDGEDALE AVENUE                    :
EAST HANOVER, NEW JERSEY,
                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
78 TAKOLUSA DRIVE, HOLMDEL,                  :
NEW JERSEY
                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
409 BAY AVENUE, HIGHLANDS,                   :
NEW JERSEY,
                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
64 MONMOUTH STREET, RED BANK,                :
NEW JERSEY
                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
5245, 5255, 5265, 5275 AND 5285              :
NORTH MELPOMNE WAY,
TUCSON, ARIZONA,                             :

        Defendants-in-rem.                   :
-------------------------------------------------------------x

                              JESS M. BERKOWITZ, ESQ.
                             Attorney for Defendants-in-rem
                              Office & P.O. Address
                              401 Broadway, Suite 1510
                              New York, New York 10013
                                (212) 431-4453