UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                                             :        VERIFIED STATEMENT OF
              -v-                                     INTEREST OR RIGHT

                                             :

                                             :

ALL RIGHT, TITLE AND INTEREST                         Case  No. 05 Civ. 9548
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
11 NORTH AVENUE EAST, CRANFORD,              :
NEW JERSEY,

                                             :

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
63 SOUTH RIDGEDALE AVENUE                    :
EAST HANOVER, NEW JERSEY,

                                             :

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
78 TAKOLUSA DRIVE, HOLMDEL,                  :
NEW JERSEY

                                             :

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
409 BAY AVENUE, HIGHLANDS,                   :
NEW JERSEY,

                                             :

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT
64 MONMOUTH STREET, RED BANK,                :
NEW JERSEY

                                             :

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                         :
APPURTENANCES LOCATED AT

5245, 5255, 5265, 5275 AND 5285         :
NORTH MELPOMNE WAY,
TUCSON, ARIZONA,                 :

             Defendants-in-rem.    :
----------------------------------------------------------------x

PLEASE BE ADVISED that MELISSA LONG, the undersigned claimant, pursuant to Supplemental Rule C(6) of the Federal Rules of Civil Procedure, files the within claim of interest and right to the following property:

Comes now MELISSA LONG, sole owner of the defendant 11 North Avenue East, Cranford, New Jersey, described in the complaint, and by virtue of claimant's ownership of the property, demands restitution of the same, and the right to defend this action of its behalf.

Comes now MELISSA LONG, sole owner of the defendant 78 Takolusa Drive, Holmdel, New Jersey, described in the complaint, and by virtue of claimant's ownership of the property as claimant, demands restitution of the same, and the right to defend this action of its behalf.

Comes now MELISSA LONG, a 60% Member of Munson Tree LLC, owner of the defendant 409 Bay Avenue, Highlands , New Jersey, described in the complaint, and by virtue of claimant's ownership of the property, demands restitution of the same, and the right to defend this action of its behalf.

Comes now MELISSA LONG, a 50% Member of 64 Monmouth St. LLC, owner of the defendant 64 Monmouth Street, Red Bank, New Jersey, described in the complaint, and by virtue of claimant's ownership of the property, demands restitution of the same, and the right to defend this action of its behalf.

Comes now MELISSA LONG, a 50% Member of AO & ML Properties, LLC, owner of the

2

defendant 5245, 5255, 5265 and 5285, North Melpomene Way Tucson, Arizona, described in the

complaint, and by virtue of claimant's ownership of the property, demands restitution of the same,

and the right to defend this action of its behalf.

 

 

 

 

                                              _____

                                              JESS M. BERKOWITZ
                                              Attorney for Claimant

State of New York    )
                        ) ss.
County of New York  )

      MELISSA LONG, being first duly sworn, on oath deposes and says:

That she is the claimant in the above entitled action; and that she has read the foregoing claim and knows that the contents thereof and that the same is true to the best of her knowledge, information and belief.

 

 

                                              _____
                                              MELISSA LONG

Sworn to before me this 9thday
of December, 2005

_____

Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
UNITED STATES OF AMERICA,                                    :

                                                             :          VERIFIED STATEMENT OF
                          -v-                                           INTEREST OR RIGHT

                                                             :
ALL RIGHT, TITLE AND INTEREST                                           Case No. 05 Civ. 9548
IN REAL PROPERTY AND                                         :
APPURTENANCES LOCATED AT
11 NORTH AVENUE EAST, CRANFORD,                              :
NEW JERSEY,
                                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                                         :
APPURTENANCES LOCATED AT
63 SOUTH RIDGEDALE AVENUE                                    :
EAST HANOVER, NEW JERSEY,
                                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                                         :
APPURTENANCES LOCATED AT
78 TAKOLUSA DRIVE, HOLMDEL,                                  :
NEW JERSEY
                                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                                         :
APPURTENANCES LOCATED AT
409 BAY AVENUE, HIGHLANDS,                                   :
NEW JERSEY,
                                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                                         :
APPURTENANCES LOCATED AT
64 MONMOUTH STREET, RED BANK,                                :
NEW JERSEY
                                                             :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND                                         :
APPURTENANCES LOCATED AT
5245, 5255, 5265, 5275 AND 5285                              :
NORTH MELPOMNE WAY,
TUCSON, ARIZONA,                                             :

                          Defendants-in-rem.                 :
--------------------------------------------------------------------------x

JESS M. BERKOWITZ, ESQ.
Attorney for Claimant and Defendants-in-rem
Office & P.O. Address
401 Broadway, Suite 1510
New York, New York 10013
(212) 431-4453