UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                        Plaintiff                         :        05 Civ. 9548 (RMB)
      -against-                                              :
                                              :        CLAIM OF STEVE
ALL RIGHT, TITLE AND INTEREST IN REAL             :        PAPAS
PROPERTY AND APPURTENANCES                        :
LOCATED AT 63 SOUTH RIDGEDALE                     :
AVENUE, EAST HANOVER,                             :
NEW JERSEY 07936                                  :
                                                                   :
                       Defendant-in-rem                   :
                                                                   :
-------------------------------------------------------------------X

THE UNDERSIGNED Respondent/Claimant, Steve Papas, hereby claims the below described property and requests a trial for the adjudication of the validity of the Respondent/Claimant's interest in the below described property which is the subject of the above-styled case. In support of this claim, Respondent/Claimant states the following:

    1)    The Respondent/Claimant holds legal title and beneficial ownership of the following property, against which Plaintiff seeks a judgment of forfeiture to the United States in the above styled case: **the real property and appurtenances located at 63 South Ridgedale Avenue, East Hanover, New Jersey 07936.**

    2)    The Respondent/Claimant acquired title and ownership in the subject property on or about May 29, 2003.

Dated: New York, New York
December 9, 2005

*[signature]*
DAVID S. SMITH, ESQ. (DS9501)
275 Madison Avenue, 35th Floor
New York, NY 10016
(212) 681-2100 (office)
(917) 591-3244 (fax)
davidsmith@dssesq.com
*Attorney for Defendant*
*Steve Papas*

## VERIFICATION

I, Respondent/Claimant, Steve Papas, after having been duly sworn under oath, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and I hereby declare under penalty of perjury that my claim to the property is not frivolous and is made in good faith.

*[signature]*
Steve Papas
Respondent/Claimant

On the 9th day of Dec in the year 2005 before me the undersigned, personally appeared STEVE PAPAS personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

NOTARY:

TO:  Christina Paglia Bischoff
     Assistant United States Attorney
     One Saint Andrew's Plaza
     New York, NY 10007

*[signature]*
CHAD SEIGEL
NOTARY PUBLIC, STATE OF NEW YORK
ID No. 02SE6123324
Qualified in New York County
Commission Expires March 7, 2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2005 a true and correct copy of the foregoing was furnished by mail to:

Christina Paglia Bischoff
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

BY: _____