AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AM
v.
ALL RIGHT TITLE AND INT

Case Number: 05CV9548

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MELISSA LONG, CLAIMANT

I certify that I am admitted to practice in this court.

December 16, 2005
Date

Signature

JESS BERKOWITZ    3316
Print Name    Bar Number

401 Broadway, Suite 1510
Address

New York, New York    10013
City    State    Zip Code

212-431-4453    212-431-4471
Phone Number    Fax Number