

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2005

**MEMO ENDORSED**

<u>VIA FACSIMILE AND HAND</u>
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>United States v. 11 North Avenue East, et al.</u>
       05 Civ. 9548 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to request that the Court adjourn the initial conference date in the above-referenced forfeiture case until no earlier than the week of January 3, 2006, or anytime thereafter. Presently, the initial conference date is set for December 22, 2005, at 9 a.m. Due to long-standing holiday plans, I will be out of the office from that date until January 3, 2006, and thus unavailable for the conference. Moreover, as per Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims that apply to forfeiture actions, any parties contesting the forfeiture have 30 days from the service of the complaint to file a Statement of Interest, and then 20 additional days to file an answer. Thus, as the Complaint was filed only in mid-November, not all interested parties have yet responded.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

    By: _____
    Christina Paglia Bischoff
    Assistant United States Attorney
    Tel. No.: (212)637-1204

cc: Jess Berkowitz, Esq.
    David Smith, Esq.
    Stephanie Carvlin, Esq.

---

*Handwritten endorsement:*
Adjourned to 1/5/06 @ 10:00 AM

SO ORDERED:
Date: 12/19/05
Richard M. Berman, U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2005