UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        Plaintiff,

    -against-

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
11 NORTH AVENUE EAST, CRANFORD,
NEW JERSEY,

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
63 SOUTH RIDGEDALE AVENUE,
EAST HANOVER, NEW JERSEY,

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
78 TAKOLUSA DRIVE, HOLMDEL,
NEW JERSEY,

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
409 BAY AVENUE, HIGHLANDS,
NEW JERSEY,

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
64 MONMOUTH STREET,
RED BANK, NEW JERSEY, and

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
5245, 5255, 5265, 5275 and 5285

ECF CASE
Civ. No. 05 CV 09548
(RMB) (KNF)

**VERIFIED STATEMENT OF
INTEREST OF CLAIMANT
JONATHAN GRUEBEL**

1

NORTH MELPOMENE WAY,
TUCSON, ARIZONA,

                Defendants-in-rem.

------------------------------------------------------------X

      **COMES NOW,** Claimant Jonathan Gruebel, by and through his attorney, Stephanie M. Carvlin, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, hereby files this Verified Statement of Interest and shows this Court as follows:

      1.    Claimant is the owner of a 50% interest in 64 Monmouth St. LLC, the owner of all right, title and interest in the real property and appurtenances located at 64 Monmouth Street, Red Bank, New Jersey.

      2.    Through his interest in 64 Monmouth St. LLC, claimant owns 50% of all right, title and interest in the real property and appurtenances located at 64 Monmouth Street, Red Bank, New Jersey.

      3.    Claimant's right, title and interest in the real property and appurtenances located at 64 Monmouth Street, Red Bank, New Jersey were acquired lawfully and were not acquired with the proceeds of any illegal activity or in any manner that involved any illegal activity.

      4.    Claimant was unaware of and did not have any knowledge of any conduct that might give rise to forfeiture of any right, title or interest in the real property and appurtenances located at 64 Monmouth Street, Red Bank, New Jersey.

Dated: New York, New York
       December 22, 2005

LAW OFFICES OF
STEPHANIE M. CARVLIN

By: Stephanie M. Carvlin (SC-9168)
52 Duane Street, 7th Floor
New York, New York 10007
Telephone: (212) 748-1636
Facsimile: (212) 732-6323

Attorney for Claimant
Jonathan Gruebel

## **VERIFICATION**

STATE OF NEW YORK            )

COUNTY OF NEW YORK           )

I, Jonathan Gruebel, hereby depose and state under oath as follows:

I am a claimant in the above-styled *in rem* action. I have read the foregoing Verified Statement of Interest and know the contents thereof and that the same is true to the best of my own knowledge, information and belief.

Jonathan Gruebel

Sworn to before me this
22ⁿᵈ day of December, 2005.

NOTARY PUBLIC

JOSEPH T. DARR, ESQ.
NOTARY PUBLIC, State of New York
No. 02DA6088294
Qualified in Nassau County
Commission Expires March 3, 2007

4

## Affidavit of Service by Mail

I, Stephanie Carvlin, being duly sworn declare the following to be true under penalty of false statement. I personally served Claimant Jonathan Gruebel's Statement of Interest on Assistant United States Attorney Christina Paglia Bishoff by mailing her a copy, first class, postage pre-paid, to One St. Andrew's Plaza, New York, New York 10007.

_____
Stephanie Carvlin

Sworn to before me this
22nd day of December, 2005

_____
Notary Public

SARAHI LIM BARO
Notary Public, State of New York
No. 02LI6132835
Qualified in New York County
Commission Expires
August 29, 2009