UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


NOTICE OF APPEARANCE

United States v. America,

       v.                         Case #: 05 Civ. 9548

All rights Title and Interest
etc.


To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Jonathan, Gruebel, Claimant.

I certify that I am admitted to practice law in this Court.


December 22, 2005                      _____
                                                 Stephanie M. Carvlin
                                                 52 Duane Street, 7th Floor
                                                 New York, NY   10007
                                                 212-748-1636
                                                 212-233-4414