| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal"* on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 Civ. 9548 (RMB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| All R/T/I in 11 North Avenue East, et al... | Publication |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sandy Moo, USMS

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 500 Pearl Street, New York, New York 10007

RECEIVED 2005 DEC 12 PM 3:00 U.S. MARSHALS SERVICE SOUTHERN NEW YORK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):*

Please publish the following notice of publication in a newspaper of National circulation for three consecutive weeks.

CATS # 06-DEA-460179        Please return to Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: AUSA CHRISTINA BISCHOFF /AS | x PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 212-637-1204 | DATE 11/30/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk *Sandy M* | Date 12/12/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service 1/25/06   Time ☐ am ☒ pm

Signature of U.S. Marshal or Deputy — *Sandy Moo*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

1/25/06 - Notice was published in the New York Law Journal on December 16, 23 & 30, 2005.
    (copy attached)

| PRIOR EDITIONS MAY BE USED | **ORIGINAL** | FORM USM-285 |
|---|---|---|

**STATE OF NEW YORK**
**County of New York,** s.:

**MISCELLANEOUS**

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94 — UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK — On November 14, 2005, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. §981 and 21 U.S.C. §881 of the following Real Properties: All Right, Title, and Interest in Real Property and Appurtenances located at 11 North Avenue East, Cranford, New Jersey; All Right, Title, and Interest in Real Property and Appurtenances located at 63 South Ridgedale Avenue East, Hanover, New Jersey; All Right, Title, and Interest in Real Property and Appurtenances located at 78 Takolusa Drive, Holmdel, New Jersey; All Right, Title and Interest in Real Property and Appurtenances located at 409 Bay Avenue, Highlands, New Jersey; All Right, Title, and Interest in Real Property and Appurtenances located at 64 Monmouth Street, Red Bank, New Jersey; and All Right, Title, and Interest in Real Property and Appurtenances located at 5245, 5255, 5265, 5275 and 5285 North Melpomene Way, Tucson, Arizona; 05 Civ. 9548 (RMB).

NOTICE is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York by January 29, 2006, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

Dates: New York, New York, December, 2005
MICHAEL J. GARCIA
JOSEPH R. GUCCIONE
618171                d16-F d30

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 16th day of December, 2005.

TO WIT: DECEMBER 16, 23, 30, 2005

*Cynthia Byrd*

SWORN TO BEFORE ME, this 30th day
Of December, 2005.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 06, 2009

RECEIVED 2006 JAN 24 PM 5: 20 U.S. MARSHALS SERVICE SOUTHERN NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

======================================================================

UNITED STATES OF AMERICA,

    Plaintiff,

  - v -

ALL RIGHT, TITLE, AND INTEREST
IN REAL PROPERTY AND APPURTENANCES
LOCATED AT 11 NORTH AVENUE EAST,
CRANFORD, NEW JERSEY, et al.

               Defendants- in-rem.

======================================================================

## NOTICE OF PUBLICATION
## 05 Civ. 9548 (RMB)

======================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1204

                                        CHRISTINA BISCHOFF
                                        **Assistant United States Attorney**
                                         -Of Counsel-