| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 Civ. 9548 (RMB) |
| DEFENDANT | TYPE OF PROCESS |
| All R/T/I in 11 North Avenue East, et al... | Publication |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Marshals Service, District of Arizona, attn: Kira Bryson

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Evo A. Deconcini Courthouse, Suite 200, 405 W. Congress Street, Tucson, AZ 85701-5021

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):*

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.

CATS # 06-DEA-460179          Please return to Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA CHRISTINA BISCHOFF | | 212-637-1204 | 12/12/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 54 | District to Serve No. 8 | Signature of Authorized USMS Deputy or Clerk | Date 1-17-06 / 12/29/05 |
|---|---|---|---|---|---|

Name and title of individual served *(if not shown above)*

Address *(complete only if different than shown above)*

Date of Service: 2/08/06    Time: 10:00 am

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 12/29/05 - Forwarded to USMS/Dist. of Arizona.
Publication was made on 1/25, 2/01 & 02/08/06 in accordance with the court order.

| PRIOR EDITIONS MAY BE USED | ORIGINAL | FORM USM-285 |
|---|---|---|


## CITIZEN PUBLISHING COMPANY

Tucson, Arizona

STATE OF ARIZONA)
COUNTY OF PIMA)

Cezar Duron, being first duly sworn deposes and says: that he is the Legal Advertising Representative of the **CITIZEN PUBLISHING COMPANY**, a corporation organized and existing under the laws of the State of Arizona, and that the said **CITIZEN PUBLISHING COMPANY** prints and publishes the Tucson Citizen, a daily newspaper printed and published in the City of Tucson, Pima County, State of Arizona, and having a general circulation in said City, County, State and elsewhere, and that the attached

Legal Notice

was printed and published correctly in the entire issue of the said Tucson Citizen on each of the following dates, to-wit: January 25, February 1, 8 2006

_____ (signature)

Subscribed and sworn to before me this 20 day of February, 2006

_Silvia H. Valdez_
Notary Public

SILVIA H. VALDEZ
Notary Public - Arizona
Pima County
Expires 12/15/09

My commission expires _____

TNI AD NO. 8868

---

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94 UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK On November 14, 2005, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. § 881 of the following Real Properties: All Right, Title, and Interest in Real Property and Appurtenances located at 11 North Avenue East, Cranford, New Jersey; All Right, Title, and Interest in Real Property and Appurtenances located at 61 South Ridgedale Avenue, East Hanover, New Jersey; All Right, Title, and Interest in Real Property and Appurtenances located at 78 Takolusa Drive, Holmdel, New Jersey; All Right, Title, and Interest in Real Property and Appurtenances located at 409 Bay Avenue, Highlands, New Jersey; All Right, Title, and Interest in Real Property and Appurtenances located at 64 Monmouth Street, Red Bank, New Jersey; and All Right, Title, and Interest in Real Property and Appurtenances located at 5245, 5255, 5265, 5275 and 5285 North Melpomene Way, Tucson, Arizona; 05 Civ. 9548 (RMB)
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York by ___, 2006, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect the rights that a person claiming an interest in the property may have with respect to this property.
MICHAEL J. GARCIA
United States Attorney
SOUTHERN DISTRICT OF NEW YORK
JOSEPH R. GUCCIONE
United States Marshal
SOUTHERN DISTRICT OF NEW YORK
Dated: New York, New York
December, 2005
Publish January 25, February 1, and 8, 2006
The Arizona Daily Star
Tucson Citizen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

    - v -

ALL RIGHT TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
5245, 5255, 5265, 5275 AND 5285
NORTH MELPOMEME WAY,
TUCSON, ARIZONA

    Defendants- in-rem.

---

## NOTICE OF PUBLICATION
## 05 Civ. 9548 (RMB)

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1204

                                                CHRISTINA BISCHOFF
                                                **Assistant United States Attorney**
                                                **-Of Counsel-**