| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 Civ. 9548 (RMB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| All R/T/I in 11 North Avenue East, et al... | Publication |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Marshals Service, District of NJ, attn: Wanda Haynes, SDUSM

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

MLK Courthouse & Federal Building, 50 Walnut St., 2nd Fl., Newark, NJ 07101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.

CATS # 06-DEA-460179          Please return to Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF □ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA CHRISTINA BISCHOFF | | 212-637-1204 | 12/12/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date 12/29/05 |
|---|---|---|---|---|---|

I hereby certify and return that I □ have personally served, □ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

□ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 4/21/06    Time pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

RKS: 12/29/05 - Forwarded to USMS/Dist. of New Jersey.
2/21/06 - Returned unexecuted -- no CATS ids

4/21/06 see attached affadavit of publication

PRIOR EDITIONS MAY BE USED                    FORM USM-285

**ORIGINAL**

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94
UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK
On November 14, 2005, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. § 981 and 21 U.S.C. § 881 of the following Real Properties: All Right, Title, and Interest in Real Property and Appurtenances located at 11 North Avenue East, Cranford, New Jersey; All Right, Title and Interest in Real Property and Appurtenances located at 63 South Ridgedale Avenue, East Hanover, New Jersey; All Right, Title and Interest in Real Property and Appurtenances located at 78 Takolusa Drive, Holmdel, New Jersey; All Right, Title and Interest in Real Property and Appurtenances located at 409 Bay Avenue, Highlands, New Jersey; All Right, Title and Interest in Real Property and Appurtenances located at 64 Monmouth Street, Red Bank, New Jersey; and All Right, Title and Interest in Real Property and Appurtenances located at 5245, 5255, 5265, 5275 and 5285 North Melpomene Way, Tucson, Arizona; 05 Civ. 9548 (RMB).
Notice is hereby given that all persons claiming the same or knowing or having anything to day why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by May 10, 2006, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
Dated: New York, New York
December, 2005
MICHAEL J. GARCIA
United States Attorney
SOUTHERN DISTRICT OF NEW YORK
JOSEPH R. GUCCIONE
United States Marshal
SOUTHERN DISTRICT OF NEW YORK
Runs Mar. 27, Apr. 3, 10, 2006

---

STATE OF NEW JERSEY } SS
COUNTY OF ESSEX

_____
Being duly sworn, according to law, on h__is__ oath sayeth that ___he is ___Clerk_____ of the Star-Ledger, in said County of Essex, and that the notice, of which the attached is a copy, was published in said paper on the ___27th___ day of ___Mar 2006___ and continued therein for ___3, 10, Apr 2006___ successively, at least once in each ___day___ for ___3 days___

_____

Sworn to and subscribed before me this ___14___ day of ___Apr___, 2006

Anna M. Clement
NOTARY PUBLIC of NEW JERSEY

DONNA M. CLEMENT
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Mar. 5, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

======================================================================

UNITED STATES OF AMERICA,

    Plaintiff,

   - v -

ALL RIGHT, TITLE AND INTEREST IN
REAL PROPERTY AND APPURTENANCES
LOCATED AT 11 NORTH AVENUE EAST,
CRANFORD, NEW JERSEY, et al.

                  Defendants- in-rem.

======================================================================

## NOTICE OF PUBLICATION- NJ
## 05 Civ. 9548 (RMB)

======================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1204

                              CHRISTINA BISCHOFF
                              **Assistant United States Attorney**
                               **-Of Counsel-**