UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                    Plaintiff,           :    05 Civ. 9548 (RMB)
                                         :
            -against-                    :    **ORDER OF SUSPENSE**
                                         :
11 NORTH AVENUE EAST,                    :
                                         :
                    Defendant-in-Rem.    :
------------------------------------------------------------X

On consent of the parties, it is hereby

**ORDERED**, that the above-entitled action be placed on the suspense calendar until further notice from the parties.

**SO ORDERED**.

Dated: New York, New York
       October 24, 2007

_____
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07